IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEVIN PUGH, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>GREYHOUND BUS COMPANY, )<br>)<br>    Defendant. ) | CIVIL ACTION NO.<br>2:25cv573-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is pro se, filed this lawsuit against the defendant bus company asserting that its failure to provide automated announcements over loudspeakers, which caused him to miss a bus, violates his constitutional rights. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B), and without an opportunity to amend the complaint, because the complaint is frivolous and fails to state a claim upon

which relief can be granted.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 17th day of December, 2025.

                                 /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE