IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEVIN PUGH, )<br>)<br>    Plaintiff, )<br>) <br>    v. )<br>)<br>GREYHOUND BUS COMPANY, )<br>)<br>    Defendant. ) | CIVIL ACTION NO.<br>2:25cv573-MHT<br>(WO) |

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 8) is adopted.

(2) This lawsuit is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) because the complaint is frivolous and fails to state a claim upon which relief can be granted.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 17th day of December, 2025.

                             <u>/s/ Myron H. Thompson</u>
                             UNITED STATES DISTRICT JUDGE